IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHYLLIS M. KNIGHT, in the interest of Cotrell T. Knight; | 8:24CV458 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| STATE OF NEBRASKA, | |
| Defendant. | |

This matter is before the Court on what the Court has liberally construed and docketed as Plaintiff Phyllis M. Knight's ("Plaintiff") Notice of Appeal and Motion for Leave to Appeal in Forma Pauperis ("IFP"). Filing No. 8. Plaintiff filed her Notice of Appeal on May 9, 2025.[1] Plaintiff appeals from the Court's Memorandum and Order and Judgment dated April 10, 2025. Filing Nos. 6 & 7. Upon review of Plaintiff's Motion for Leave to Appeal IFP, the Court finds Plaintiff is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that Plaintiff's Motion for Leave to Appeal in Forma Pauperis, Filing No. 8, is granted.

Dated this 19th day of May, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge

---

[1] Plaintiff faxed her Notice of Appeal and IFP Motion to the Court on May 9, 2025, and the Court directed the Clerk's office to accept and file the faxed document. Filing No. 8. Plaintiff also mailed a copy of her filing, which the Court received on May 12, 2025, and docketed as an attachment to the initial faxed filing. Filing No. 8-1.